# Third District Court of Appeal
## State of Florida

Opinion filed July 16, 2026.
Not final until disposition of timely filed motion for rehearing.

————————————

No. 3D26-0485
Lower Tribunal No. F23-4334

————————————

**Francisco Lopez,**
Appellant,

vs.

**State of Florida,**
Appellee.

An appeal conducted pursuant to <u>Anders v. California</u>, 386 U.S. 738 (1967), from the Circuit Court for Miami-Dade County, Christine Hernandez, Judge.

Francisco Lopez, in proper person.

James Uthmeier, Attorney General, for appellee.

Before LOGUE, LINDSEY, and GOODEN, JJ.

PER CURIAM.

Affirmed.